# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2248
Lower Tribunal No. 2023-CA-011893-O

_____

TOM FOXHILL,

Appellant,

v.

JAMES ROGERS and THE BLVD PUB AND GRUB, LLC,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
Heather Pinder Rodriguez, Judge.

April 7, 2026

PER CURIAM.

AFFIRMED.

STARGEL, MIZE and PRATT, JJ., concur.


Robert Hitchens, of Hitchens & Hitchens, P.A., St. Petersburg, for Appellant.

Peter D. Andrews, of Law Office of Peter Andrews, St. Petersburg, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED